**Opinion issued February 4, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00306-CV

————————————

## HERCULES OFFSHORE SERVICES, LLC AND HERCULES INTERNATIONAL ASSET COMPANY, LTD., Appellants

## V.

## GEORGE TRUE TILLMAN, Appellee

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2009-42367**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 9, 2015. On January 13, 2016, the parties filed a joint motion to vacate the trial court's final judgment and to dismiss the underlying cause with prejudice and to release the supersedeas bond pursuant to the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a).

The motion is granted.  We vacate the trial court's judgment, dismiss the trial court cause, and order the supersedeas bond released.  *See* TEX. R. APP. P. 43.2(e).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Brown.